UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DEBRA MASSENGILL HECK, )<br>    Plaintiff, )<br>                           )<br>v.                         )<br>                           )<br>LIFE INSURANCE COMPANY OF NORTH )<br>AMERICA, AND RYERSON, INC., d/b/a )<br>RYERSON TULL COIL PROCESSING, )<br>    Defendants. ) | No.  3:09-CV-266<br>(Phillips) |
| LINDA D. TUDOR, )<br>    Plaintiff, )<br>                           )<br>v.                         )<br>                           )<br>CONNECTICUT GENERAL LIFE )<br>INSURANCE COMPANY, DEBBIE J. )<br>TRATTA MASSENGILL and JOSEPH T. )<br>RYERSON & SON, INC., )<br>    Defendants. ) | No.  3:09-CV-325<br>(Phillips) |

## ORDER

This matter is before the court on the motion of Linda Tudor for entry of a new scheduling order [Doc. 14] in these consolidated cases. The motion is well taken and is hereby **GRANTED.**

The court sets the following schedule for the consideration of this action brought pursuant to the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C.

§ 1132, *et seq.* This schedule shall supercede the previous scheduling order entered by the court.

1. The defendants shall file the administrative record in this case within thirty (30) days.

2. Plaintiffs shall file their motion for summary judgment sixty (60) days after filing of the administrative record.

3. Defendants shall file their cross-motion/response thirty (30) days after plaintiffs file their motion for summary judgment.

4. In the event the court feels that oral argument on the pending motions is required, the parties will be notified.

5. The June 7, 2011 trial scheduled in the case of <u>Heck v. Life Ins. Co. of North America</u>, Civil Action No. 3:09-cv-266 is **CANCELLED.**

**IT IS SO ORDERED.**

                                        **ENTER:**

                                        s/ Thomas W. Phillips
                                        United States District Judge